**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LYNDA HERNANDEZ,

    Plaintiff,

        v.

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:23-cv-01136-SVW-AGR

**JUDGMENT OF REMAND**

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  August 18, 2023     _____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE