LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 954-2380
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| LYNDA HERNANDEZ,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No: 5:23-cv-1136-AGR<br><br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND TWO HUNDRED TWENTY-ONE DOLLARS AND 32/100 ($1,221.32) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  September 12, 2023          *Alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-